# Possible claim number: [External] - 259584H0001~~LUCY RUANO; Complaint

Subject: [External] - 259584H0001~~LUCY RUANO; Complaint
From: GRC Target Legal <GRCTargetLegal@sedgwick.com>
To: Read, Andrew M. <Andrew.Read@sedgwick.com>; Palladino, Katie <Katie.Palladino@sedgwick.com>
Date and Time: 6/25/2026 12:07:04 PM
CC: GRCTargetLegal@sedgwick.com,dropfile@sedgwick.com

**CAUTION: This Email is from an external source (grctargetlegal@sedgwick.com).** Use caution before responding to it, opening attachments or clicking links.

Received suit papers filed in Superior Court of the District of Columbia on 6/10/2026 and served upon CT Corp on 6/23/2026.
Guest kit and video can be found in SIR.
Timecard & roster requested.

Zoua Lee
Office: 1800-553-8723 | Fax: 800-922-9165
P.O. Box 14453, Lexington, KY 40512-4453
**Sedgwick manages claims on behalf of** TARGET CORPORATION
sedgwick

**From:** GL.Legal <GL.Legal@target.com>
**Sent:** Wednesday, June 24, 2026 6:42 PM
**To:** GRC Target Legal <GRCTargetLegal@sedgwick.com>
**Cc:** GL.Legal <GL.Legal@target.com>
**Subject:** LUCY RUANO; Complaint

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Cathy Schuda** | Sr. Administrative Assistant-Law Dept. | TPS-3155 | ☎ **612-696-5432**

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
06/23/2026
CT Log Number 552575157

## Service of Process Transmittal Summary

**TO:** Non Employee Litigation Target, Cathy Schuda
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** **Process Served in District of Columbia**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LUCY RUANO // To: Target Corporation |
| **CASE #:** | 2026CAB003977 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Washington, DC |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/23/2026 |
| **JURISDICTION SERVED:** | District of Columbia |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/24/2026, Expected Purge Date: 06/29/2026<br>Image SOP<br>Email Notification, Non Employee Litigation Target, Cathy Schuda gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

7021 2720 0001 8480 4299

# First Class Mail

G&B

GREENBERG&BEDERMAN LLC

1111 Bonifant Street | Silver Spring, Maryland 20910

CT Corporation System
1015 15th St. NW, Suite 1000
Washington, DC 20005

FIRST • CLASS

6-25-2026 259584H0001 6020260625026626

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

LUCY RUANO
Plaintiff

vs.

Case Number 2026-CAB-003977

TARGET CORPORATION
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Ryan J. Frazier
Name of Plaintiff's Attorney

1111 Bonifant St.
Address
Silver Spring, MD 20910

(301)589-2200
Telephone

*Clerk of the Court*

By ____________

Date June 10, 2026

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017] Super. Ct. Civ. R. 4

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

LUCY RUANO

Demandante

contra

Número de Caso: 2026-CAB-003977

TARGET CORPORATION

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobiemo de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Ryan J. Frazier
Nombre del abogado del Demandante

SECRETARIO DEL TRIBUNAL

1111 Bonifant St.
Dirección
Silver Spring, MD 20910

Por: ______________________
Subsecretario

(301)589-2200
Teléfono

Fecha June 10, 2026

如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
[illegible] (202) 879-4828 [illegible]   የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, ***NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO***.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

LUCY RUANO

Case Number: 2026-CAB-003977

vs

Date: ____________

TARGET CORPORATION

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Ryan J. Frazier, Esq. | Relationship to Lawsuit |
| Firm Name: Greenberg & Bederman, LLC | ☒ Attorney for Plaintiff<br>☐ Self (Pro Se) |
| Telephone No.: 301-589-2200 Six digit Unified Bar No.: 1008507 | ☐ Other: ____________ |

TYPE OF CASE: ☐ Non-Jury ☒ 6 Person Jury ☐ 12 Person Jury

Demand: $ 75,000 Other: ____________

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ____________ Judge: ____________ Calendar #: ____________

Case No.: ____________ Judge: ____________ Calendar#: ____________

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 13 Employment Discrimination

**COLLECTION CASES**

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 18 OVER $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass
☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud
☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)
☒ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

/s/ Ryan J. Frazier
Attorney's Signature

6/9/2026
Date

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LUCY RUANO<br>3300 16[TH] St. NW<br>Washington, DC 20010<br><br>Plaintiff, | ) | |
| v. | ) | CASE NO. 2026-CAB-003977 |
| TARGET CORPORATION<br>Serve: CT Corporation System<br>1015 15[th] Street, NW, Suite 100<br>Washington, DC 20005<br><br>Defendant. | ) | |

**COMPLAINT**

COMES NOW the Plaintiff, Lucy Ruano, by counsel, and moves for the relief stated herein on grounds set forth below:

**PARTIES**

1. Plaintiff, Lucy Ruano (hereinafter referred to as "the Plaintiff"), resides at 3300 16[th] St. NW, Washington, DC 20010.

2. Defendant, Target Corporation (hereinafter "Defendant Target") is a foreign entity registered to do business in the District of Columbia. Its registered agent is CT Corporation System, General Counsel, 1015 15[th] Street, NW, Suite 100, Washington, DC 20005.

**COUNT I – NEGLIGENCE**

4. On or about July 13, 2025, the Defendant owned and operated a store located at 3100 14 Street NW, Washington, DC 20010.

5. On or about July 13, 2025, the Plaintiff was shopping at the Target store as a business invitee.

6. While shopping at the store, Plaintiff approached the registers where he slipped

and fell on a slippery substance on the floor.

7. Defendant knew or should have known about the presence of the slippery substance on the floor of their store.

8. At that time and place, the Defendant was duty bound to keep the premises safe for customers and to notify all customers as to dangers on the premises including, but not limited to, ensuring that floors were free of slippery substances. Defendant was also duty bound to regularly inspect its premises to ensure that its premises were safe for employees and customers.

9. Notwithstanding this duty, and in breach thereof, the Defendant negligently failed to keep its floors clean of a slippery substance and failed to notify customers of a slippery substance. The Defendant's negligence consisted, among other things, of failing to properly warn customers of a known danger and failing to address a known danger within a reasonable period of time.

10. As a direct and proximate result of the Defendant's negligence, and breach of duties, Plaintiff sustained severe and permanent bodily injuries, has experienced and will continue to experience pain and suffering, has been prevented and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

WHEREFORE, Plaintiff, Lucy Ruano, demands judgment against the Defendant, Target Corporation, in the amount of SEVENTY-FIVE THOUSAND & 00/100 U.S. DOLLARS ($75,000.00), plus costs and interest.

Respectfully submitted,

/s/______________________
Ryan J. Frazier, #1008507
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570
rfrazier@gblawyers.com

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LUCY RUANO<br>3300 16TH St. NW<br>Washington, DC 20010<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br>Serve: CT Corporation System<br>1015 15th Street, NW, Suite 100<br>Washington, DC 20005<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2026-CAB-003977 |

**<u>JURY PRAYER</u>**

The Plaintiff, Lucy Ruano, prays a jury as to all claims stated herein.

Respectfully submitted,

/s/

Ryan J. Frazier, #1008507
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570
rfrazier@gblawyers.com

**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2026-CAB-003977

**Case Style:** Lucy Ruano v. Target Corporation

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 09/11/2026 | 9:30 AM | Remote Courtroom 519 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Maribeth Raffinan.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.
2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.
3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).
4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.
5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.
6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb519

   Meeting ID: 129 705 0412

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

# ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings

(Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

# District of Columbia Courts

## Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**

**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020



**Remote Site – 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**If you want to use a remote site location for your hearing**, call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing**, please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

***You should bring the following items when you come to your scheduled site location***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call: 202-879-1900
Email: DCCourtsRemoteSites@dcsc.gov

# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.

**Sito Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE

**Sito Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020



**Sito Remoto – 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

***Cuando concurra al sitio programado debe llevar los siguientes artículos***

1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Target Corporation
Attn CT Corporation System
1015 15th ST NW STE 1000
Washington DC 20005

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Lucy Ruano v. Target Corporation

**To:** Target Corporation **Case Number:** 2026-CAB-003977

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **09/11/2026** at **9:30 AM** in **Remote Courtroom 519**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb519
   Meeting ID: 129 705 0412
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Ryan J. Frazier
GREENBERG & BEDERMAN LLP
1111 Bonifant Street
SILVER SPRING MD 20910

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Lucy Ruano v. Target Corporation

**To:** Ryan J. Frazier **Case Number:** 2026-CAB-003977

## NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **09/11/2026 at 9:30 AM** in **Remote Courtroom 519.**

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb519
   Meeting ID: 129 705 0412
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| LUCY RUANO<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2026-CAB-003977 |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that, this 17th day of June 2026, the following discovery documents were sent by private process server with the Summons and Complaint to Defendant:

(a) Plaintiff's First Set of Interrogatories to Defendant Target Corporation

(b) Plaintiff's First Set of Requests for Production of Documents to Defendant Target Corporation

I FURTHER CERTIFY that I will retain originals of the documents in my possession, without alteration, until the above-captioned case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/____________________
Ryan J. Frazier
D.C. Bar No.: 1008507
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570
rfrazier@gblawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this 17th day of June 2026, a true and accurate copy of the above Certificate Regarding Discovery sent was by private process server with the Summons and Complaint to Defendant:

Target Corporation
c/o CT Corporation System
1015 15th St. NW, Suite 1000
Washington, DC 20005

/s/ ____________________
Ryan J. Frazier, Esq.

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| LUCY RUANO<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2026-CAB-003977 |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT TARGET CORPORATION**

TO: Target Corporation (Defendant)
c/o CT Corporation System
1015 15th St. NW, Suite 1000
Washington, DC 20005

FROM: Lucy Ruano (Plaintiff)
c/o: Ryan J. Frazier, Esq.
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910

Plaintiff, Lucy Ruano, by and through their undersigned counsel and in accordance with Sup. Ct. Civ. R. 33, hereby propounds the following Interrogatories upon Defendant Target Corporation:

INSTRUCTIONS

Pursuant to Sup. Ct. Civ. R. 33, the above-named Defendant is hereby requested to answer the following Interrogatories and return them to the offices of Ryan J. Frazier Esq., Greenberg & Bederman, LLC, 1111 Bonifant Street, Silver Spring, Maryland 20910. In responding to these Interrogatories, please note the following:

(a) Pursuant to Sup. Ct. Civ. R. 33(b)(3), you are required to answer the following

Interrogatories within 30 days of receipt, or within the time otherwise required by court order or by the Superior Court Rules.

(b) In accordance with Sup. Ct. Civ. R. 33(b), your response shall set forth each Interrogatory and its Answer separately and fully in writing, or shall state fully the grounds for refusal to answer the Interrogatory. The response shall be signed under oath by you.

(c) Your Answers shall include all information available to you directly or through agents, representatives, or attorneys.

(d) These Interrogatories are continuing in character. If you obtain further or different material information prior to trial, you are required to amend and/or supplement your Answers promptly.

(e) If you elect to specify and produce business records in your Answer to any Interrogatory, then in accordance with Sup. Ct. Civ. R. 33(d), your specification shall be in sufficient detail to permit the interrogating party to locate and identify, as readily as you can, the records from which the answer may be ascertained.

(f) If you perceive any ambiguities in an Interrogatory, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

## DEFINITIONS

In these Interrogatories, the following definitions apply:

(a) *Communicate/Communication*: The terms "communicate" or "communication" mean the transmittal of information by any means.

(b) *Concerning*: The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

(c) *Document*: The term "document" means electronically stored information and any

writing, drawing, graph, chart, photograph, sound recording, image, and other data or data compilation stored in any medium from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

(d) *Identify/Identity/Identification (with respect to documents)*: The terms "identify," "identity," or "identification," when used in reference to a document, require you to state the date, the author (and, if different, the signor or signors), the addressee, the identity of the present custodian of the document, and the type of document (e.g., letter, memoranda, telegram, or chart) or to attach an accurate copy of the document to your Answer, appropriately labeled to correspond to the specific Interrogatory to which it is responsive.

(e) *Identify/Identity/Identification (with respect to persons)*: The terms "identify," "identity," or "identification," when used in reference to a natural person, mean that person's full name, last known address, home and business telephone numbers, and present occupation or business affiliation. When used in reference to a person other than a natural person, these terms mean that person's full name, a description of the nature of the person (that is, whether it is a corporation, partnership, etc., under the definition of "person" above), and the person's last known address, telephone number, and principal place of business. When used in reference to any person who has previously been properly identified, these terms mean the person's name.

(f) *Occurrence/Accident/Incident*: The terms "occurrence," "accident," and "incident," unless otherwise indicated, mean the incident described in Plaintiff's Complaint.

(g) *Person*: The term "person" means any individual, general or limited partnership, joint stock company, unincorporated association or society, municipal or other corporation, incorporated association, limited liability partnership, limited liability company, the State, an agency or political subdivision of the State, a court, and any other governmental entity.

(h) *Policy*: The term "policy" means any rule, procedure, directive, practice, or course of conduct, whether formal or informal, written or unwritten, recorded or unrecorded.

(i) *Scene*: The term "scene" means the location of the incident described in Plaintiff's Complaint.

(j) *Statement*: The term "statement" means a written statement signed or otherwise adopted or approved by the person making it, or a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and which is contemporaneously recorded.

(k) *You/Your*: The terms "you" and "your" mean the person(s) to whom these Interrogatories are addressed, as well as that person's agents, representatives, or attorneys.

(l) The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. Words in the masculine, feminine, or neuter form include each of the other genders.

**INTERROGATORIES**

1. Please identify the person or persons responding to these Interrogatories on behalf of the Defendant, and identify each person who has provided information in connection with these Interrogatories.

**ANSWER:**

2. Identify what person or entity owned the Target store at 3100 14th Street NW, Washington, DC 20010 as of July 13, 2025.

**ANSWER:**

3. Please give a concise statement of the facts as to how you contend that the incident complained of occurred. If you contend that the Plaintiff was contributorily negligent or

assumed a risk, please state so declaratively and provide those facts you believe support that contention.

**ANSWER:**

4. If you contend that a person or entity other than yourself, whether or not a party to this action, caused or contributed to the occurrence, identify each such person or entity, and state concisely the facts on which you rely in so contending.

**ANSWER:**

5. At the time of Plaintiff's injury, do you contend that any person or entity other than you and your employees and agents was responsible for the maintenance of the premises on which Plaintiff alleges she was injured and, if so, state each and every fact on which you base your contention and identify each and every writing that supports the contention?

**ANSWER:**

6. Identify each person with whom you are aware that:

a. Witnessed the incident or the events occurring immediately before or after the incident; and/or who

b. Heard any statements made about the incident by any individual at the scene.

**ANSWER:**

7. Identify each employee with personal knowledge of the incident. For each such individual, identify his or her job title and job or function which was being performed by that individual at the time of the incident. Please state whether the persons so identified are still employees of the Defendant. If a person identified in this Answer is no longer an employee of the Defendant, please provide that person's last known address.

**ANSWER:**

8. Identify all persons who, before Plaintiff fell, were aware of the presence of the substance on which Plaintiff slipped, including when they were notified of such substance.

**ANSWER:**

9. Name all persons who have given you signed or recorded statements concerning this occurrence, including the dates and places where said written or recorded oral statements were obtained, the names and addresses of the person or persons who obtained such statements, either written or oral, and the names and addresses of the person or persons who have present custody and/or control thereof. Attach to your Answers a copy of any statements, written or oral, procured from the Plaintiff.

**ANSWER:**

10. Identify and produce each and every written report made by any person concerning the incident. Attach a copy of any such report to these Answers.

**ANSWER:**

11. Identify any insurance agreement(s) under which any insurance business may be liable to satisfy part or all of any judgment which may be entered in this action, or to indemnify or reimburse you for payments made to satisfy the judgment, including in your answer the amount and limits of any such liability insurance coverage. Attach a copy of any such insurance agreements to these Answers.

**ANSWER:**

12. Identify all persons whom you intend to call as expert witnesses at the trial of this case, and for each such expert, identify:

a. The subject matter on which he or she is expected to testify:

b. The substance of the facts and opinions to which he or she is expected to testify;

c. A summary of the grounds for each opinion to which he or she will testify; and

d. The basis upon which he or she qualifies as an expert on the subject matter to which he or she is expected to testify.

**ANSWER:**

13. Identify any person not already named as a party to this lawsuit whom you contend caused or contributed to the occurrence complained of.

**ANSWER:**

14. Identify any independent contractors, subcontractors, our other non-employee agents that you contracted with or agreed to be on the premises for the purposes of cleaning the floors of the premises on the date of the incident in question.

**ANSWER:**

15. Identify any effort to clean up the substance on which Plaintiff slipped, before, during, and after her fall. Identify any and all persons involved in any such cleanup. Please state whether the persons so identified are still employees of the Defendant. If a person identified in this Answer is no longer an employee of the Defendant, please provide that person's last known address.

**ANSWER:**

16. Please describe what training procedures, if any, are followed in the course of training of Defendant's employees with regard to identifying and rectifying slip and fall hazards. This includes any and all written material, slides, photographs, films, videotapes, etc. which Defendant utilizes in training its employees.

**ANSWER:**

17. Identify any previous incidents at the Target store at 3100 14th Street NW,

Washington, DC 20010, when persons in the store slipped and fell in the five years prior to July 13, 2025.

**ANSWER:**

18. Identify any warnings, whether verbal or written (such as by a sign, or otherwise) which were given to the Plaintiff specifically, or to customers in general, on July 13, 2025, regarding the condition of the floor in the area in which Plaintiff fell.

**ANSWER:**

19. Identify any admissions or declarations against interest which you contend were made by the Plaintiff.

**ANSWER:**

20. Describe in detail any conversations any representative has had with the Plaintiff prior to or following the incident in question.

**ANSWER:**

21. Identify what efforts were made by the Defendant to correct the condition of a slippery floor at the Target store at 3100 14th Street NW, Washington, DC 20010 on July 13, 2025, including the individuals involved.

**ANSWER:**

22. Identify and produce any photographs, videotapes, security footage, or other documentation of Plaintiff's fall, the substance on which she fell, or the area in which she fell for two hours prior to her fall.

**ANSWER:**

23. State whether you have possession or knowledge of any recordings or transcripts of testimony given by any party or witness to this litigation which arises from or otherwise

concerns the occurrence, including testimony made during any court proceeding, deposition, or administrative hearing (including workers' compensation hearings). If so, please produce a copy of such responsive documents. If you are not in possession of a responsive document, please describe each such item, state the present location, and identify the custodian.

**ANSWER:**

24. Identify each person, not previously identified herein, whom you believe to have personal knowledge of facts material to the occurrence and/or the injuries or damages alleged by Plaintiff. For each such person, state the substance of his or her knowledge as you know or believe it to be.

**ANSWER:**

25. Identify what information you have about the substance on which the Plaintiff slipped.

**ANSWER:**

Respectfully submitted,

GREENBERG & BEDERMAN LLP

/s/ ____________________

Ryan J. Frazier
D.C. Bar No.: 1008507
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570
rfrazier@gblawyers.com

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| LUCY RUANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2026-CAB-003977 |
| | ) | |
| TARGET CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TARGET CORPORATION**

TO: Target Corporation (Defendant)
c/o CT Corporation System
1015 15th St. NW, Suite 1000
Washington, DC 20005

FROM: Lucy Ruano (Plaintiff)
c/o: Ryan J. Frazier, Esq.
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910

Plaintiff, Lucy Ruano, by and through their undersigned counsel and in accordance with Sup. Ct. Civ. R. 34, hereby propounds the following Requests for Production of Documents upon Defendant Target Corporation:

INSTRUCTIONS

Pursuant to Sup. Ct. Civ. R. 34, the above-named Defendant is hereby requested to produce the documents and tangible things listed below for copying and inspection at the law offices of Ryan J. Frazier, Esq., Greenberg & Bederman, LLC, 1111 Bonifant Street, Silver Spring, Maryland 20910. In responding to these Requests, please note the following.

(a) Pursuant to Sup. Ct. Civ. R. 34(a), these Requests encompass all documents,

electronically stored information, or property within your possession, custody, or control.

(b) Pursuant to Sup. Ct. Civ. R. 34(b), you are requested to respond to these Requests within thirty (30) days of receipt, or within the time otherwise prescribed by court order or by the Superior Court Rules.

(c) Also in accordance with Sup. Ct. Civ. R. 34(b), your written response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the Request is refused, in which event the grounds for refusal shall be fully stated. If the refusal relates to a part of an item or category, the part shall be specified and inspection permitted of the remaining parts.

(d) In further accordance with Sup. Ct. Civ. R. 34(b), the documents shall be produced as they are kept in the usual course of business, or you shall organize and label them to correspond with the categories in the Request.

(e) If you withhold any document covered by these Requests because of a claim of privilege, set forth the nature of the privilege claimed, state the facts upon which you rely in asserting the privilege, and identify all documents for which the privilege applies.

(f) If any document requested is no longer in existence, or has been lost, or was once but is no longer in your custody, possession, or control, then for each such document please provide: (i) a description of the document; (ii) the identity of its last known custodian; (iii) the identity of all persons having knowledge of its contents; (iv) the date it ceased to exist, was lost, or otherwise left your possession, custody, or control; (v) the circumstances under which it ceased to exist, was lost, or otherwise left your possession, custody, or control; and (vi) the identity of all persons having knowledge of said circumstances.

(g) These Requests are continuing in character. If you obtain further or different

material information prior to trial, you are required to amend and/or supplement your Responses promptly. If at any time after your production of the documents requested herein, any document responsive to these Requests is located or comes within your custody, possession, or control, you are required to immediately produce said document for inspection and copying.

(h) If you encounter any ambiguity in construing a Request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in responding.

(i) If any documents called for in response to any of these Requests were furnished in response to another Request, they need not be furnished again. Indicate, however, what the documents are and identify the other Request pursuant to which said documents were produced.

DEFINITIONS

In these Requests, the following definitions apply:

(a) *Communicate/Communication*: The terms "communicate" or "communication" mean the transmittal of information by any means.

(b) *Concerning*: The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

(c) *Document*: The term "document" means electronically stored information and any writing, drawing, graph, chart, photograph, sound recording, image, and other data or data compilation stored in any medium from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

(d) *Identify/Identity/Identification (with respect to documents)*: The terms "identify," "identity," or "identification," when used in reference to a document, require you to state the date, the author (and, if different, the signor or signors), the addressee, the identity of the present custodian of the document, and the type of document (e.g., letter, memoranda, telegram, or chart)

or to attach an accurate copy of the document to your Answer, appropriately labeled to correspond to the specific Interrogatory to which it is responsive.

(e) *Identify/Identity/Identification (with respect to persons)*: The terms "identify," "identity," or "identification," when used in reference to a natural person, mean that person's full name, last known address, home and business telephone numbers, and present occupation or business affiliation. When used in reference to a person other than a natural person, these terms mean that person's full name, a description of the nature of the person (that is, whether it is a corporation, partnership, etc., under the definition of "person" above), and the person's last known address, telephone number, and principal place of business. When used in reference to any person who has previously been properly identified, these terms mean the person's name.

(f) *Occurrence/Accident/Incident*: The terms "occurrence," "accident," and "incident," unless otherwise indicated, mean the incident described in Plaintiff's Complaint.

(g) *Person*: The term "person" means any individual, general or limited partnership, joint stock company, unincorporated association or society, municipal or other corporation, incorporated association, limited liability partnership, limited liability company, the State, an agency or political subdivision of the State, a court, and any other governmental entity.

(h) *Policy*: The term "policy" means any rule, procedure, directive, practice, or course of conduct, whether formal or informal, written or unwritten, recorded or unrecorded.

(i) *Scene*: The term "scene" means the location of the incident described in Plaintiff's Complaint.

(j) *Statement*: The term "statement" means a written statement signed or otherwise adopted or approved by the person making it, or a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement

by the person making it and which is contemporaneously recorded.

(k) *You/Your*: The terms "you" and "your" mean the person(s) to whom these Interrogatories are addressed, as well as that person's agents, representatives, or attorneys.

(l) The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. Words in the masculine, feminine, or neuter form include each of the other genders.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. All photographs, videotapes, plats, diagrams or other depictions of the scene, or objects or things otherwise connected with the occurrence.

**RESPONSE:**

2. Copies of any and all statements made by any party to this action, or by any agent, representative, servant, or employee of any party, relating to the subject occurrence.

**RESPONSE:**

3. Copies of all statements made by any non-party witness referring or relating to the subject accident and/or the Plaintiff's resulting injuries, pain, and suffering.

**RESPONSE:**

4. All insurance policies that in any way provide coverage for the Plaintiff involved in the subject occurrence.

**RESPONSE:**

5. All accident reports, incident reports, inspection reports, investigative reports, or other similar written records pertaining to the incident, whether prepared by you, prepared at your request, or otherwise currently in your custody, possession, or control.

**RESPONSE:**

6. Copies of any and all reports, memoranda, or notes that were produced and/or generated in the regular course of business, are not protected by the attorney-client privilege or attorney work-product doctrine, and reflect any investigation into the subject incident.

**RESPONSE:**

7. All notes, records, diagrams, photographs, or other documents received by, reviewed by, or provided to consultants or expert witnesses in connection with this lawsuit and/or the subject matter of this litigation.

**RESPONSE:**

8. All notes, records, diagrams, photographs, or other documents prepared by, or relied upon by, any person whom you intend to call as an expert witness at trial.

**RESPONSE:**

9. All publications relied upon by any person whom you intend to call as an expert witness at trial, including, but not limited to, peer-reviewed articles, treatises, or textbooks.

**RESPONSE:**

10. All written reports, including draft reports or working papers, generated in connection with their assignment in this case by each witness whom you intend to call as an expert at trial.

**RESPONSE:**

11. The most recent résumé or *curriculum vitae* of each person whom you intend to call as an expert witness at trial.

**RESPONSE:**

12. The fee schedule of any person whom you intend to call as an expert witness at trial.

**RESPONSE:**

13. The federal and/or state-court case list, or other list of testimony (whether live or by video), maintained by any person whom you intend to call as an expert witness at trial.

**RESPONSE:**

14. All email or electronic communication to or from any person whom you intend to call as an expert witness at trial.

**RESPONSE:**

15. All payments arising from this matter made to any person whom you intend to call as an expert witness at trial.

**RESPONSE:**

16. All exhibits, documents, and real and/or demonstrative evidence that you intend to introduce at trial.

**RESPONSE:**

17. All documents or objects that support, substantiate, refer to, and/or demonstrate evidence that you intend to introduce or offer at trial.

**RESPONSE:**

18. All documents referenced in your Answers to Interrogatories in this matter.

**RESPONSE:**

19. All medical records in your possession pertaining to any injury allegedly sustained by any person as a result of the subject accident.

**RESPONSE:**

20. All documents concerning any release, settlement, or other agreement (whether formal or informal), pursuant to which the liability of any person for any injury or damage

arising out of the incident has been limited, reduced, or released in any manner.

**RESPONSE:**

21. All unprivileged documents authored by you regarding the incident.

**RESPONSE:**

22. All documents in your possession concerning the Plaintiff and/or the damages alleged in this litigation.

**RESPONSE:**

23. All documents or tangible things, received pursuant to any subpoenas and/or deposition notices, which relate to the subject accident and/or lawsuit.

**RESPONSE:**

24. A privilege log identifying all documents and things that you contend are privileged or otherwise protected from production under the applicable rules of civil procedure, including a description of the document withheld and the basis of the privilege asserted.

**RESPONSE:**

Respectfully submitted,

GREENBERG & BEDERMAN LLP

/s/

Ryan J. Frazier
D.C. Bar No.: 1008507
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570
rfrazier@gblawyers.com