**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LUCY RUANO                              *

    Plaintiff.                       *

v.                                      *        **Civil Action No.:  26-cv-02518**

TARGET CORPORATION                      *

    Defendant.                       *

                                        *

## ANSWER TO COMPLAINT

Defendant, Target Corporation, by its attorneys, Margaret Fonshell Ward, Sydney N. Branch, and Downs Ward Bender Herzog & Kintigh, P.A., for answer to the Complaint filed by the Plaintiff in the above-captioned matter, states as follows:

1. Defendant is without sufficient information to admit or deny the allegations of this paragraph.

2. Defendant admits the allegations in this paragraph.

3. THERE IS NO PARAGRAPH 3 WITH AN ALLEGATION.

4. Defendant admits the allegations in this paragraph.

5. Defendant admits that Plaintiff was in the Target store on July 13, 2025.

6. Defendant denies the allegations in this paragraph.

7. Defendant denies the allegations in this paragraph.

8. The allegations of this paragraph are not statements of fact that the Defendant can admit or deny. The allegations are Plaintiff's characterization of Defendant's duty and Defendant denies that the duties have been accurately characterized.

9.    Defendant denies the allegations in this paragraph.

10.    Defendant denies the allegations in this paragraph.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.    Defendant generally denies liability and further states that it did not commit the wrongs alleged.

3.    Defendant reserves the right to raise any defense available in law or in equity.

4.    Plaintiff's injuries, losses and/or damages, if any, were the result of acts or omissions of third parties over whom this Defendant had no control or right of control.

5.    Plaintiff's claims are barred by contributory negligence.

6.    Plaintiff's claims are barred by assumption of the risk.

7.    Plaintiff failed to join all parties necessary to a resolution of the dispute.

8.    Plaintiff failed to mitigate or otherwise act to lessen or reduce the damages alleged in her claim.

WHEREFORE, the Defendant demands that judgment be entered in his favor and that the Court assess costs and such other relief as it deems appropriate.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward, DC Bar No. 422906
Sydney N. Branch, DC Bar No. 90042873
DOWNS WARD BENDER HERZOG & KINTIGH, P.A.
Executive Plaza 3, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
P:  410-584-2800
mward@downs-ward.com
sbranch@downs-ward.com
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2026, a copy of Defendant's Answer to Complaint was served electronically on all counsel of record.

/s/ *Margaret Fonshell Ward*
Margaret Fonshell Ward